FILED
CLERK U.S. DISTRICT COURT
JUN 14 2018

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. CR12-778-RGK |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER OF DETENTION AFTER HEARING |
| Miguel Alexander Ruiz | ) (18 U.S.C. § 3142(i)) |
| Defendant. | ) |

I.

A. ( ) On motion of the Government involving an alleged

    1. ( ) crime of violence;

    2. ( ) offense with maximum sentence of life imprisonment or death;

    3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years (21 U.S.C. §§ 801,/951, et. seq.,/955a);

    4. ( ) felony - defendant convicted of two or more prior

offenses described above.

B. On motion (X) (by the Government)/( ) (by the Court <u>sua sponte</u> involving)

    1. (X) serious risk defendant will flee;

    2. ( ) serious risk defendant will

        a. ( ) obstruct or attempt to obstruct justice;

        b. ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

## II.

The Court finds no condition or combination of conditions will reasonable assure:

A. (X) appearance of defendant as required; and/or

B.   ( ) safety of any person or the community;

## III.

The Court has considered:

A. (X) the nature and circumstances of the offense;

B. ( ) the weight of evidence against the defendant;

C. (X) the history and characteristics of the defendant;

D. ( ) the nature and seriousness of the danger to any person or to the community.

## IV.

The Court concludes:

A. ( ) Defendant poses a risk to the safety of other persons or the community because:

///

///

| | | |
|---|---|---|
| 1 | B. | (X) History and characteristics indicate a serious risk that defendant will flee because: |
| 3 | C. | ( ) A serious risk exists that defendant will: |
| 4 | | 1. ( ) obstruct or attempt to obstruct justice; |
| 5 | | 2. ( ) threaten, injure or intimidate a witness/ juror; |
| 6 | | because: |
| 7 | D. | ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 U.S.C. § 3142 (e). |

IT IS ORDERED that defendant be detained prior to trial.

IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections facility separate from persons awaiting or serving sentences or person held pending appeal.

IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private consultation with counsel.

DATED: 6/14/18

PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

CR - 94 (02/94)        ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))